

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
06/10/2009

In Re:   JOHN BRADY COLEMAN   §
§
§
§
§
Debtor(s).   §

Case No. 90-08878

#62

## Order for Payment of Unclaimed Funds

Upon the application of   TENINBAUM & NATALE, INC.  ,

seeking payment of $ 9,700.16   representing funds previously unclaimed by

TEXAS GUARANTY NATIONAL BANK
P.O. BOX 1044
HOUSTON, TX 77251

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that   PROSPERTY BANK   is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 9,700.16   to:

PROSPERTY BANK
510 EAST BRAZOS
WEST COLUMBIA, TX 77486-2944
ATTN: RANDY HESTER
CHIEF LENDING OFFICER & PRESIDENT

Signed this ___ day of ___ JUN 1 0 2009 , ___ .

_____
United States Bankruptcy Judge