IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-90607-H5-7 |
| | § | |
| GARY S. MENDEL, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**WITHDRAWAL OF MOTION TO PAY FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. § 347(a)
(Doc #121)**

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

The motion of Lowell T. Cage, Trustee ("Trustee"), respectfully represents:

1. Trustee is the appointed Chapter 7 trustee of the above-referenced estate.

2. The Trustee filed a Motion to Pay Funds into the Registry under 11 U.S.C. §347 (a) on February 16, 2012, because more than ninety (90) days has passed since the final distribution and subsequent reissue and payment was returned as "undeliverable".

3. After the Motion to Pay funds into the Registry was filed, Trustee was contacted by the attorney for the creditor and a current mailing address was provided.

Wherefore, Trustee hereby withdraws the Motion to Pay Funds into the Registry filed February 16, 2012.

RESPECTFULLY SUBMITTED this 16th day of February, 2012.

/s/ Lowell T. Cage
_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500