IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/17/2012

| IN RE: | § | Case No. 05-90607-H5-7 |
|---|---|---|
| GARY S. MENDEL, | § | (Chapter 7) |
| DEBTOR. | § | |

## ORDER

UPON THE MOTION of the Trustee to pay funds into the Court registry under 11 U.S.C. §347(a) and/or Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry these unclaimed funds and/or small dividends reflected on the attachment to this Order.

THIS Order is signed for the Court by the Clerk under authority of 23 U.S.C. §956 and General Order 2000-3.

SIGNED this 17TH day of FEBRUARY, 2012.

_____
DEPUTY CLERK

121

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-90607-H5-7 |
| | § | |
| GARY S. MENDEL, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| ____ Small Dividends | | | |
| | | | |
| __X__ Unclaimed Dividends | Claim No. 6<br>Gulf Coast Bank & Trust Company<br>14405 Walters Road, Suite 140<br>Houston, Texas 77014 | Check #5005 | $ 12,723.33 |
| | **Total Unclaimed Dividends** | | **$ 12,723.33** |