UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 06-70038-M-7 |
| | § | |
| DIEGO MUGICA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

      Lisa Nichols, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,269,883.70 | Assets Exempt: | $5,611.79 |
| Total Distributions to Claimants: | $140,282.82 | Claims Discharged Without Payment: | $168,856.15 |
| Total Expenses of Administration: | $296,111.56 | | |

    3)    Total gross receipts of $486,394.38  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $50,000.00 (see **Exhibit 2),** yielded net receipts of $436,394.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,140,824.59 | $1,157,613.28 | $30,000.00 | $30,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $296,111.56 | $296,111.56 | $296,111.56 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $15,802.01 | $15,802.01 | $15,802.01 |
| General Unsecured Claims (from **Exhibit 7**) | $189,519.30 | $320,400.55 | $220,869.53 | $94,480.81 |
| **Total Disbursements** | $2,330,343.89 | $1,789,927.40 | $562,783.10 | $436,394.38 |

4). This case was originally filed under chapter 7 on 01/31/2006. The case was pending for 62 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2011 submitted to UST      By:   /s/ Lisa Nichols
      05/21/2011 filed @ BCT                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 50% interest in Mugica v. Helena Chemical, et al | 1129-000 | $425,000.00 |
| Adv No06-7011 Nichols v Sylvia Mugica | 1141-000 | $10,000.00 |
| Interest Earned | 1270-000 | $1,394.38 |
| **TOTAL GROSS RECEIPTS** | | **$436,394.38** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| RICARDO GODINEZ, ATTORNEY & SYLVIA MUGICA | Funds to Third Parties | 8500-002 | $50,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$50,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Texas State Bank | 4110-000 | $33,123.48 | $33,480.36 | $0.00 | $0.00 |
| 2 | Texas State Bank | 4110-000 | $10,450.95 | $10,545.74 | $0.00 | $0.00 |
| 3 | Texas State Bank | 4110-000 | $64,676.67 | $64,118.34 | $0.00 | $0.00 |
| 4 | Texas State Bank | 4110-000 | $53,082.31 | $51,168.20 | $0.00 | $0.00 |
| 5 | Guadalupe County | 4110-000 | $10,887.02 | $17,150.38 | $0.00 | $0.00 |
| 7 | Frost National Bank | 4110-000 | NA | $20,527.77 | $0.00 | $0.00 |
| 8 | City Of Edinburg | 4110-000 | NA | $449.12 | $0.00 | $0.00 |
| 9 | City Of McAllen | 4110-000 | NA | $2,497.27 | $0.00 | $0.00 |
| 10 | Hidalgo County | 4110-000 | $11,904.78 | $25,620.60 | $0.00 | $0.00 |
| 12 | Starr County | 4110-000 | NA | $1,020.94 | $0.00 | $0.00 |
| 13 | Rio Grande City CISD | 4110-000 | NA | $1,381.56 | $0.00 | $0.00 |
| 15 | Compass Bank | 4110-000 | $970,073.66 | $899,653.00 | $0.00 | $0.00 |
| | Bexar Appraisal District | 4110-000 | $156.70 | NA | $0.00 | $0.00 |
| | Ford Motor Credit | 4110-000 | $4,126.80 | NA | $0.00 | $0.00 |
| | GREATER SOUTH TEXAS | 4210-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| BANK |  |  |  |  |  |
| Lone Star National Bank | 4110-000 | $187,225.33 | NA | $0.00 | $0.00 |
| Lone Star National Bank | 4110-000 | $63,690.42 | NA | $0.00 | $0.00 |
| Lone Star National Bank | 4110-000 | $50,075.00 | NA | $0.00 | $0.00 |
| Lone Star National Bank | 4110-000 | $62,850.00 | NA | $0.00 | $0.00 |
| Lone Star National Bank | 4110-000 | $66,455.47 | NA | $0.00 | $0.00 |
| Lone Star National Bank | 4110-000 | $9,245.46 | NA | $0.00 | $0.00 |
| Omnibank, N.A. | 4110-000 | $95,408.14 | NA | $0.00 | $0.00 |
| Omnibank, N.A. | 4110-000 | $95,160.84 | NA | $0.00 | $0.00 |
| Omnibank, N.A. | 4110-000 | $83,216.83 | NA | $0.00 | $0.00 |
| Omnibank, N.A. | 4110-000 | $83,847.25 | NA | $0.00 | $0.00 |
| Omnibank, N.A. | 4110-000 | $95,449.58 | NA | $0.00 | $0.00 |
| Texas State Bank | 4110-000 | $89,717.90 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** |  | $2,140,824.59 | $1,157,613.28 | $30,000.00 | $30,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee | 2100-000 | NA | $25,064.96 | $25,064.96 | $25,064.96 |
| Trustee | 2200-000 | NA | $1,070.69 | $1,070.69 | $1,070.69 |
| George Adams and Company | 2300-000 | NA | $723.34 | $723.34 | $723.34 |
| Attorney for Trustee | 3110-000 | NA | $53,973.75 | $53,973.75 | $53,973.75 |
| Attorney for Trustee | 3120-000 | NA | $971.41 | $971.41 | $971.41 |
| Special Counsel for Trustee | 3210-600 | NA | $170,000.00 | $170,000.00 | $170,000.00 |
| Special Counsel for Trustee | 3220-610 | NA | $41,896.43 | $41,896.43 | $41,896.43 |
| Accountant for Trustee | 3410-000 | NA | $2,306.00 | $2,306.00 | $2,306.00 |
| Accountant for Trustee | 3420-000 | NA | $104.98 | $104.98 | $104.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | NA | $296,111.56 | $296,111.56 | $296,111.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $15,802.01 | $15,802.01 | $15,802.01 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $15,802.01 | $15,802.01 | $15,802.01 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ricardo Godinez | 7100-000 | NA | $35,781.89 | $35,781.89 | $15,306.32 |
| 11 | Wells Fargo Bank, N.A. | 7100-000 | $100.00 | $101.71 | $101.71 | $43.51 |
| 14 | Lone Star National Bank | 7100-000 | $93,187.88 | $97,357.15 | $97,357.15 | $41,646.23 |
| 16 | Lone Star National Bank | 7100-000 | $46,450.00 | $47,142.34 | $47,142.34 | $20,165.96 |
| 17 | Lone Star National Bank | 7100-000 | $7,313.99 | $8,518.66 | $8,518.66 | $3,644.01 |
| 18 | OmniBank, N.A. | 7100-000 | NA | $131,491.42 | $31,960.40 | $13,671.62 |
| 19U | Internal Revenue Service | 7100-000 | NA | $7.38 | $7.38 | $3.16 |
| | Frost National Bank | 7100-000 | $12,549.04 | NA | NA | $0.00 |
| | Lone Star National Bank | 7100-000 | $12,239.78 | NA | NA | $0.00 |
| | Lone Star National Bank | 7100-000 | $16,703.00 | NA | NA | $0.00 |
| | Lone Star Overnight, L.P. | 7100-000 | $236.46 | NA | NA | $0.00 |
| | NCO Financial | 7100-000 | $272.00 | NA | NA | $0.00 |
| | Osi Recovery Solutions, Inc. | 7100-000 | $41.57 | NA | NA | $0.00 |
| | Robert C. Meier | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Sylvia Mugica | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Vicking Collection Service, Inc. | 7100-000 | $425.58 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $189,519.30 | $320,400.55 | $220,869.53 | $94,480.81 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Date Filed (f) or Converted (c): | 01/31/2006 (f) |
| For the Period Ending: | 3/31/2011 | §341(a) Meeting Date: | 03/07/2006 |
| | | Claims Bar Date: | 06/26/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1707 Cardinal Street, Mission, TX | $89,434.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 2  Cash on hand | $300.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 3  Checking account at Inter National Bank | $586.79 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 4  Checking account at Lone Star Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 5  household goods and furnishings | $3,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 6  Jewelry | $3,200.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 7  Debtor is 100% shareholder of Outdoor Walls, Inc. dba 321 Homes | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 8  Debtor is 100% shareholder of DIMU, Inc. | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 9  Debtor is 50% shareholder of Rural Texas Homes, LLC | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 10  Debtor is 50% shareholder of D&R Homes, LLC | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 11  Wearing apparel | $500.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   Exempt | | | | | |
| 12  2003 Mini Cooper | $2,415.61 | $0.00 | DA | $0.00 | FA |
| Asset Notes:   value $14,076.67, lien $9,245.46, equity $4,831.21, debtor holds 1/2 interest w/daughter. EXEMPT | | | | | |
| 13  50% interest in Mugica v. Helena Chemical, et al   (u) | Unknown | $0.00 | | $425,000.00 | FA |
| Asset Notes:   Asset added by amended schedules (docket #15)case removed to Bankruptcy Court. Adv No. 06-7008: property damage & dimunitionin value claim.; case settled at mediation | | | | | |
| 14  Adv No06-7011 Nichols v Sylvia Mugica   (u) | $0.00 | Unknown | | $10,000.00 | FA |
| Asset Notes:   suit to set aside transfer of assets under divorce decree | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Date Filed (f) or Converted (c): | 01/31/2006 (f) |
| For the Period Ending: | 3/31/2011 | §341(a) Meeting Date: | 03/07/2006 |
| | | Claims Bar Date: | 06/26/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Diego Mugica & D&R Homes vs. Ricard Guel & New Era Developments & Construction Corp., A General Partnership & Pricilliano Guel - In the 389th District Court of Hidalgo County Texas - Cause No.: C-1124-03-H; Money is owed to D&R Homes. | $69,500.00 | $69,500.00 | OA | $0.00 | FA |
| Asset Notes: | Claim is owned by D & R Homes, not the individual debtor. D&R has its own creditors, so no funds likely to be available to debtor as shareholder. Trustee's notice of intent to abandon filed 6/12/2008 #189. No objections filed. Notice of Abandonment filed 4/27/2009 #204. | | | | | |
| 16 | Counterclaim in Greater South Texas Bank v Diego & Sylvia Mugica (u) | Unknown | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Added by amended schedules #27. real property owned by ex-wife. Estate's interest resolved through settlement with bank. Order entered 9/10/2007 #137 | | | | | |
| 17 | 800 Balboa Ave, McAllen, TX | $178,231.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Lone Star National Bank 4/26/2006 | | | | | |
| 18 | 1752 Austin St, Rio Grande City, TX | $43,320.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Lone Star National Bank 4/26/2006 | | | | | |
| 19 | 2800 Swallow Ave, Hidalgo County | $95,345.00 | $3,293.90 | DA | $0.00 | FA |
| Asset Notes: | Sold by debtor pre-petition under contract for deed. stay lifted by Texas State Bank 3/29/2006 | | | | | |
| 20 | Star Trail Ranches Lot 1, Seguin, TX (1/2 interest) | $93,028.43 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 21 | Star Trail Ranches Lot 2, Seguin, TX (1/2 interest) | $112,684.93 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 22 | Star Trail Ranches Lot 7, Seguin, TX (1/2 interest) | $102,237.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 23 | Star Trail Ranches Lot 9, Seguin, TX | $110,185.11 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 24 | star Trail Ranches Lot 11, Seguin, TX | $110,854.27 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 25 | Star Trail Ranches Lot 18, Seguin, TX | $111,786.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3     Exhibit 8

| Case No.: | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
| Case Name: | MUGICA, DIEGO | Date Filed (f) or Converted (c): | 01/31/2006 (f) |
| For the Period Ending: | 3/31/2011 | §341(a) Meeting Date: | 03/07/2006 |
| | | Claims Bar Date: | 06/26/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 132 Dandelion Trail, San Marcos, TX | $35,815.56 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 27 | 121 Ryleas Court, San Marcos, TX | $14,960.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 28 | 148 Dandelion Trail, San Marcos, TX | $14,960.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 29 | 140 Dandelion Trail, San Marcos, TX | $14,960.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Compass Bank 3/27/2006 | | | | | |
| 30 | 3418 E. Andrew, Alton, TX | $62,580.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | stay lifted by Lone Star National Bank 4/26/2006 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,394.38 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

$1,269,883.70     $72,793.90         $436,394.38     $0.00

Initial Projected Date Of Final Report (TFR):   01/31/2008         Current Projected Date Of Final Report (TFR):   05/15/2009

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | | Trustee Name: | Lisa Nichols |
|---|---|---|---|---|
| Case Name: | MUGICA, DIEGO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | | Checking Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/31/2006 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/16/2006 | | Transfer From # ******0038 | Transfer For Bond Payment | 9999-000 | $197.47 | | $197.47 |
| 10/16/2006 | 10001 | George Adams and Company | Bond Payment | 2300-000 | | $197.47 | $0.00 |
| 07/25/2007 | | Transfer From # ******0038 | Transfer For Bond Payment | 9999-000 | $4.06 | | $4.06 |
| 07/25/2007 | 10002 | George Adams and Company | Bond Payment | 2300-000 | | $4.06 | $0.00 |
| 12/18/2007 | | Transfer From # ******0038 | Transfer For Bond Payment | 9999-000 | $285.06 | | $285.06 |
| 12/18/2007 | 10003 | George Adams and Company | Blanket Bond Premium Inv #10564 | 2300-000 | | $285.06 | $0.00 |
| 10/10/2008 | | Transfer From # ******0038 | Transfer For Bond Payment | 9999-000 | $236.75 | | $236.75 |
| 10/10/2008 | 10004 | George Adams and Company | Bond Payment Blanket Bond Policy #61BSBCZ7926 | 2300-000 | | $236.75 | $0.00 |
| 03/25/2010 | | Transfer From: # ******0038 | Transfer to Close Account | 9999-000 | $110,282.82 | | $110,282.82 |
| 03/25/2010 | 10005 | INTERNAL REVENUE SERVICE | Final distribution includes interest accrued since TFR submitted to UST | 5800-000 | | $15,802.01 | $94,480.81 |
| 03/25/2010 | 10006 | Ricardo Godinez | Final distribution includes interest accrued since TFR submitted to UST | 7100-000 | | $15,306.32 | $79,174.49 |
| 03/25/2010 | 10007 | Wells Fargo Bank, N.A. | Final distribution includes interest accrued since TFR submitted to UST | 7100-000 | | $43.51 | $79,130.98 |
| 03/25/2010 | 10008 | Lone Star National Bank | Final distribution includes interest accrued since TFR submitted to UST | 7100-000 | | $41,646.23 | $37,484.75 |
| 03/25/2010 | 10009 | Lone Star National Bank | Final distribution includes interest accrued since TFR submitted to UST | 7100-000 | | $20,165.96 | $17,318.79 |
| 03/25/2010 | 10010 | Lone Star National Bank | Final distribution includes interest accrued since TFR submitted to UST | 7100-000 | | $3,644.01 | $13,674.78 |

**SUBTOTALS** $111,006.16 $97,331.38

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | Checking Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2006 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2010 | 10011 | OmniBank, N.A. | Final distribution<br><br>includes interest accrued since TFR submitted to UST | 7100-000 | | $13,671.62 | $3.16 |
| 03/25/2010 | 10012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.16 | $0.00 |
| | | | Claim Amount     $(3.16) | 7100-001 | | | $0.00 |
| 03/25/2010 | 10012 | VOID: Clerk, US Bankruptcy Court | Small Dividends<br>Creditor is IRS (unsecured portion) & IRS is receiving a check on priority portion of claim. Trustee will mail the check for unsecured portion to IRS in same envelope. | * | | ($3.16) | $3.16 |
| | | | Claim Amount     $3.16 | 7100-003 | | | $3.16 |
| 03/25/2010 | 10013 | Internal Revenue Service | Final Distribution. Unsecured portion of claim | 7100-000 | | $3.16 | $0.00 |
| 08/16/2010 | 10011 | STOP PAYMENT: OmniBank, N.A. | Stop Payment for Check# 10011 | 7100-004 | | ($13,671.62) | $13,671.62 |
| 08/16/2010 | 10014 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $13,671.62 | $0.00 |
| 08/27/2010 | 10014 | VOID: Clerk, US Bankruptcy Court | Counsel for Omni Bank received notice of application to deposit & contacted Trustee. This check was not printed. A new check was issued payable to Omni Bank and mailed to its counsel for delivery. | 7100-003 | | ($13,671.62) | $13,671.62 |
| 08/27/2010 | 10015 | OmniBank, N.A. | FINAL DISTRIBUTION | 7100-000 | | $13,671.62 | $0.00 |
| 02/09/2011 | 10005 | VOID: INTERNAL REVENUE SERVICE | This should have been a stop payment. The bank has been notified by email. | 5800-003 | | ($15,802.01) | $15,802.01 |
| 02/09/2011 | 10013 | VOID: Internal Revenue Service | This should have been a stop pmt. The bank has been notified by email. | 7100-003 | | ($3.16) | $15,805.17 |
| 02/09/2011 | 10016 | INTERNAL REVENUE SERVICE | Final distribution<br><br>includes interest accrued since TFR submitted to UST | 5800-000 | | $15,802.01 | $3.16 |
| 02/09/2011 | 10017 | Internal Revenue Service | Final Distribution. Unsecured portion of claim | 7100-000 | | $3.16 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $13,674.78 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | Checking Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2006 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $111,006.16 | $111,006.16 | $0.00 |
| | | | Less: Bank transfers/CDs | | $111,006.16 | $0.00 | |
| | | | Subtotal | | $0.00 | $111,006.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $111,006.16 | |

| For the period of 1/31/2006 to 3/31/2011 | | For the entire history of the account between 10/12/2006 to 3/31/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $111,006.16 | Total Internal/Transfer Receipts: | $111,006.16 |
| | | | |
| Total Compensable Disbursements: | $111,006.16 | Total Compensable Disbursements: | $111,006.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $111,006.16 | Total Comp/Non Comp Disbursements: | $111,006.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | | | Trustee Name: | Lisa Nichols |
|---|---|---|---|---|---|
| Case Name: | MUGICA, DIEGO | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | | | Money Market Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/31/2006 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2006 | | THE HARTFORD O/B/O TEX AG | 9/5/2006 89 PARTIAL SETTLEMENT OF PROPERTY CONTAMINATION SUIT. INCLUDES CO-PLAINTIFF'S 50% SHARE OF SETTLEMENT | * | $50,000.00 | | $50,000.00 |
| | {13} | | ESTATE'S 50% SHARE OF PROCEEDS    $25,000.00 | 1129-000 | | | $50,000.00 |
| | | | SYLVIA MUGICA'S 50% SHARE OF PROCEEDS    $25,000.00 | 1180-002 | | | $50,000.00 |
| 10/12/2006 | | UNION PACIFIC RAILROAD COMPANY | 9/5/2006 90 PARTIAL SETTLEMENT OF PROPERTY CONTAMINATION SUIT. INCLUDES NON-DEBTOR CO-PLAINTIFF'S 50% PORTION OF PROCEEDS | * | $50,000.00 | | $100,000.00 |
| | {13} | | ESTATE'S 50% PORTION OF SETTLEMENT    $25,000.00 | 1129-000 | | | $100,000.00 |
| | | | SYLVIA MUGICA'S 50% PORTION OF SETTLEMENT PROCEEDS    $25,000.00 | 1180-002 | | | $100,000.00 |
| 10/12/2006 | (14) | VALLEY LAND TITLE CO O/B/O SYLVIA MUGICA | 8/24/2006 85 SETTLEMENT OF ADV 06-7011 RE: PROPERTY AWARDED TO SPOUSE IN DIVORCE PRE-PETITION | 1141-000 | $10,000.00 | | $110,000.00 |
| 10/16/2006 | | Transfer To # ******0038 | Transfer For Bond Payment | 9999-000 | | $197.47 | $109,802.53 |
| 10/19/2006 | 20001 | RICARDO GODINEZ, ATTORNEY & SYLVIA MUGICA | CO-PLAINTIFF'S 1/2 INTEREST IN SETTLEMENTS APPROVED BY ORDERS ENTERED 9/5/2006 #89 & 90 | 8500-002 | | $50,000.00 | $59,802.53 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $32.77 | | $59,835.30 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $34.43 | | $59,869.73 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $35.59 | | $59,905.32 |
| 01/12/2007 | 20002 | LAW OFFICES OF RICARDO GODINEZ, P.C. | 1/8/2007 116 1ST INTERIM SPECIAL COUNSEL FEE APP | * | | $48,387.12 | $11,518.20 |
| | | | $(20,000.00) | 3210-600 | | | $11,518.20 |
| | | | $(28,387.12) | 3220-610 | | | $11,518.20 |

                                                                                                    **SUBTOTALS**     $110,102.79     $98,584.59

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | Money Market Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2006 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $22.62 | | $11,540.82 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $6.20 | | $11,547.02 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.86 | | $11,553.88 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.65 | | $11,560.53 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $6.87 | | $11,567.40 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.66 | | $11,574.06 |
| 07/25/2007 | | Transfer To # ******0038 | Transfer For Bond Payment | 9999-000 | | $4.06 | $11,570.00 |
| 07/31/2007 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.88 | | $11,576.88 |
| 08/31/2007 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $6.88 | | $11,583.76 |
| 09/25/2007 | (13) | HELENA CHEMICAL COMPANY | 08/27/2007 129 SETTLEMENT PROCEEDS | 1129-000 | $375,000.00 | | $386,583.76 |
| 09/25/2007 | 20003 | ROGERS ANDERSON & BENSEY PLLC | 08/31/2007 134 1ST INTERIM ATTY FEE APPLICATION | * | | $43,017.04 | $343,566.72 |
| | | | $(42,123.75) | 3110-000 | | | $343,566.72 |
| | | | $(893.29) | 3120-000 | | | $343,566.72 |
| 09/25/2007 | 20004 | GREATER SOUTH TEXAS BANK | 09/10/2007 137 SETTLEMENT WITH BANK | 4210-000 | | $30,000.00 | $313,566.72 |
| 09/28/2007 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $26.37 | | $313,593.09 |
| 10/31/2007 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $189.68 | | $313,782.77 |
| 11/16/2007 | 20005 | LAW OFFICES OF RICARDO R. GODINEZ, P.C. | 10/26/2007 140 2D & FINAL SPECIAL COUNSEL FEE APP | * | | $163,509.31 | $150,273.46 |
| | | | $(150,000.00) | 3210-600 | | | $150,273.46 |
| | | | $(13,509.31) | 3220-610 | | | $150,273.46 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $154.55 | | $150,428.01 |
| 12/18/2007 | | Transfer To # ******0038 | Transfer For Bond Payment | 9999-000 | | $285.06 | $150,142.95 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $99.00 | | $150,241.95 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $79.02 | | $150,320.97 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $65.51 | | $150,386.48 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $64.72 | | $150,451.20 |
| | | | | **SUBTOTALS** | $375,748.47 | $236,815.47 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-70038-M-7 | | Trustee Name: | Lisa Nichols |
|---|---|---|---|---|
| Case Name: | MUGICA, DIEGO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | | Money Market Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/31/2006 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $55.49 | | $150,506.69 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $57.37 | | $150,564.06 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $55.54 | | $150,619.60 |
| 07/21/2008 | 20006 | ROGERS ANDERSON & BENSEY PLLC | 07/21/2008 192 2D INTERIM ATTORNEY FEE APP | * | | $11,928.12 | $138,691.48 |
| | | | $(11,850.00) | 3110-000 | | | $138,691.48 |
| | | | $(78.12) | 3120-000 | | | $138,691.48 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $55.03 | | $138,746.51 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $47.01 | | $138,793.52 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $45.51 | | $138,839.03 |
| 10/10/2008 | | Transfer To  # ******0038 | Transfer For Bond Payment | 9999-000 | | $236.75 | $138,602.28 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $38.65 | | $138,640.93 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $29.17 | | $138,670.10 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $25.01 | | $138,695.11 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $16.91 | | $138,712.02 |
| 02/25/2009 | 20007 | WILLIAM G. WEST PC, CPA | 02/23/2009 202 1ST & FINAL CPA FEE | * | | $2,410.98 | $136,301.04 |
| | | | $(2,306.00) | 3410-000 | | | $136,301.04 |
| | | | $(104.98) | 3420-000 | | | $136,301.04 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $10.64 | | $136,311.68 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $11.59 | | $136,323.27 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $11.20 | | $136,334.47 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $11.58 | | $136,346.05 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $11.21 | | $136,357.26 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $11.58 | | $136,368.84 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $11.58 | | $136,380.42 |
| | | | | **SUBTOTALS** | $505.07 | $14,575.85 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | Money Market Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2006 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2009 | 20008 | LISA NICHOLS | 09/21/2009 210 TRUSTEE COMP & EXPENSES | * | | $26,135.65 | $110,244.77 |
| | | | $(25,064.96) | 2100-000 | | | $110,244.77 |
| | | | $(1,070.69) | 2200-000 | | | $110,244.77 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $10.71 | | $110,255.48 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $5.59 | | $110,261.07 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.53 | | $110,265.60 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.68 | | $110,270.28 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.68 | | $110,274.96 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $4.23 | | $110,279.19 |
| 03/25/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 3/25/2010 | 1270-000 | $3.63 | | $110,282.82 |
| 03/25/2010 | | Transfer To: # ******0038 | Transfer to Close Account | 9999-000 | | $110,282.82 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $486,394.38 | $486,394.38 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $111,006.16 | |
| Subtotal | $486,394.38 | $375,388.22 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $486,394.38 | $375,388.22 | |

| For the period of 1/31/2006 to 3/31/2011 | | For the entire history of the account between 10/12/2006 to 3/31/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $436,394.38 | Total Compensable Receipts: | $436,394.38 |
| Total Non-Compensable Receipts: | $50,000.00 | Total Non-Compensable Receipts: | $50,000.00 |
| Total Comp/Non Comp Receipts: | $486,394.38 | Total Comp/Non Comp Receipts: | $486,394.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $325,388.22 | Total Compensable Disbursements: | $325,388.22 |
| Total Non-Compensable Disbursements: | $50,000.00 | Total Non-Compensable Disbursements: | $50,000.00 |
| Total Comp/Non Comp Disbursements: | $375,388.22 | Total Comp/Non Comp Disbursements: | $375,388.22 |
| Total Internal/Transfer Disbursements: | $111,006.16 | Total Internal/Transfer Disbursements: | $111,006.16 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 06-70038-M-7 | Trustee Name: | Lisa Nichols |
|---|---|---|---|
| Case Name: | MUGICA, DIEGO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1088 | Money Market Acct #: | ******0038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2006 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/31/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $486,394.38 | $486,394.38 | $0.00 |

**For the period of 1/31/2006 to 3/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $436,394.38 |
| Total Non-Compensable Receipts: | $50,000.00 |
| Total Comp/Non Comp Receipts: | $486,394.38 |
| Total Internal/Transfer Receipts: | $111,006.16 |
| | |
| Total Compensable Disbursements: | $436,394.38 |
| Total Non-Compensable Disbursements: | $50,000.00 |
| Total Comp/Non Comp Disbursements: | $486,394.38 |
| Total Internal/Transfer Disbursements: | $111,006.16 |

**For the entire history of the case between 01/31/2006 to 3/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $436,394.38 |
| Total Non-Compensable Receipts: | $50,000.00 |
| Total Comp/Non Comp Receipts: | $486,394.38 |
| Total Internal/Transfer Receipts: | $111,006.16 |
| | |
| Total Compensable Disbursements: | $436,394.38 |
| Total Non-Compensable Disbursements: | $50,000.00 |
| Total Comp/Non Comp Disbursements: | $486,394.38 |
| Total Internal/Transfer Disbursements: | $111,006.16 |